**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**ROYEL PAGE,**

**Petitioner,**

**v.** **Case No. 26-CV-1356**

**CHRIS BUESGEN,**

**Respondent.**

# ORDER

Royel Page who is incarcerated pursuant to the judgment of a Wisconsin Circuit Court, filed a petition for a writ of habeas corpus. Accompanying his petition is a motion for leave to proceed without prepayment of the filing fee. (ECF No. 3.) Based on the court's review of his motion and institutional trust account statement (ECF No. 6), Page has the resources to pay the $5.00 filing fee in this action. Accordingly, his motion (ECF No. 3) is **denied**.

Within **28 days** of this order, Page shall pay the $5.00 filing fee. Upon receipt of the filing fee the court will then review his petition under Rule 4 of the Rules Governing Section 2254 Cases and determine if it is sufficient to proceed.

If Page fails to timely pay the filing fee, the court will dismiss this action. If Page no longer wishes to proceed with his petition, he must immediately notify the court.

All of the petitioner's filings with the court shall be mailed to the following address:

Clerk of Court
Jefferson Court Building
125 S. Jefferson St - Room 102
Green Bay, WI 54301-4541

DO NOT MAIL ANYTHING DIRECTLY TO CHAMBERS.

The petitioner should also retain a personal copy of each document.

The petitioner is further advised that the failure to comply with all deadlines in this matter may have serious consequences, which may include the loss of certain rights or the dismissal of this action.

In addition, the petitioner must immediately notify the Clerk of Court of any change of address. Failure to do so could result in orders or other information not being timely delivered, thus affecting the legal rights of the parties.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 2nd day of September, 2026.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge